# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN RE STRAIGHT PATH COMMUNICATIONS INC. CONSOLIDATED STOCKHOLDER LITIGATION | §<br>§<br>§<br>§<br>§<br>§ | No. 19, 2025<br><br>Court Below—Court of Chancery of the State of Delaware<br><br>C.A. No. 2017-0486 |

Submitted: October 22, 2025
Decided: December 3, 2025

Before **SEITZ**, Chief Justice; **VALIHURA, TRAYNOR, LEGROW** and **GRIFFITHS**, Justices, constituting Court *en Banc*.

## <u>ORDER</u>

This 3rd day of December, 2025 after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Memorandum Opinion dated October 3, 2023, and the Final Order and Judgment dated December 16, 2024.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice